## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08V4034              Assigned/Issued By: J. N.

Judge Name: KOCORAS              Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

Amount Due:   [✓] $350.00     [ ] $39.00     [ ] $5.00
              [ ] IFP         [ ] No Fee     [ ] Other _____
              [ ] $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____              Receipt #: 2938713_____

Date Payment Rec'd: 7-16-08_____   Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____                _____
        *(Type of Writ)*                 _____
                                         *(Type of issuance)*

1 ___ Original and 0 _____ copies on 7-16-08 _____ as to DEFENDANT _____
                                   *(Date)*