## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　　　　Case Number: 08CV4034

Maximo F. Wilhelm-Munoz,
Plaintiff,
v.
Millard Refrigerated Services, Inc.,
Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Millard Refrigerated Services, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Lindsay E. Dansdill | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Lindsay E. Dansdill | |
| FIRM <br> Fisher & Kanaris, P.C. | |
| STREET ADDRESS <br> 200 S. Wacker Drive - 22nd Floor | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6289316 | TELEPHONE NUMBER <br> 312-474-1400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, August 14, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following:

Michael T. Smith
440 W. Irving Park Road
Roselle, Illinois 60172

        MILLARD REFRIGERATED SERVICES, INC.

        By:

            s/Lindsay E. Dansdill
            Kevin M. Phillips
            Lindsay E. Dansdill
            Theodore Nicholas Goanos
            FISHER KANARIS, P.C.
            200 South Wacker Drive
            22nd Floor
            Chicago, Illinois 60606
            312-474-1400
            312-474-1410 (Fax)
            Email:  kphillips@fisherkanaris.com
                        ldansdill@fisherkanaris.com
                        ngoanos@fisherkanaris.com