# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: 08CV4034 |
|---|---|

Maximo F. Wilhelm-Munoz,
Plaintiff,
v.
Millard Refrigerated Services, Inc.,
Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Millard Refrigerated Services, Inc.

| NAME (Type or print) |
|---|
| Theodore Nicholas Goanos |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Theodore Nicholas Goanos |
| FIRM |
| Fisher & Kanaris, P.C. |
| STREET ADDRESS |
| 200 S. Wacker Drive - 22nd Floor |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6289586 | 312-474-1400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, August 18, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system. Notification of such filing will be sent by U.S. Mail to:

Michael T. Smith
440 W. Irving Park Road
Roselle, Illinois 60172

        MILLARD REFRIGERATED SERVICES, INC.

        By:

        s/Theodore Nicholas Goanos
        Kevin M. Phillips
        Lindsay E. Dansdill
        Theodore Nicholas Goanos
        FISHER KANARIS, P.C.
        200 South Wacker Drive
        22nd Floor
        Chicago, Illinois 60606
        312-474-1400
        312-474-1410 (Fax)
        Email: kphillips@fisherkanaris.com
               ldansdill@fisherkanaris.com
               ngoanos@fisherkanaris.com