IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Maximo F. Wilhelm-Munoz, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 08 CV 4034 |
| Millard Refrigerated Services, Inc., | ) ) ) |
| Defendant. | ) |

## DEFENDANT MILLARD REFRIGERATED SERVICES, INC.'S MOTION TO DISMISS

COMES NOW Defendant, MILLARD REFRIGERATED SERVICES, INC. ("MILLARD") and for reasons more fully explained in the accompanying Memorandum filed in Support of its Motion, moves this Honorable Court to enter an order granting Millard's Motion to Dismiss Plaintiff, MAXIMO F. WILHELM-MUNOZ's ("Munoz") Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and for such other relief the Court deems just and appropriate.

Respectfully submitted,

MILLARD REFRIGERATED SERVICES, INC.

By:   s/ Lindsay E. Dansdill
      Kevin M. Phillips
      Lindsay E. Dansdill
      Theodore Nicholas Goanos
      FISHER KANARIS, P.C.
      200 South Wacker Drive, Suite 2200
      Chicago, Illinois 60606
      312.474.1400
      312.474.1410 (fax)
      E:\08-1747\Pleadings\Motion to Dismiss.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Maximo F. Wilhelm-Munoz, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 08 CV 4034 |
| ) | |
| Millard Refrigerated Services, Inc., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on the 18th day of August, 2008, we filed Defendant Millard Refrigerated Services, Inc.'s Motion to Dismiss and Defendant Millard Refrigerated Services, Inc.'s Memorandum of Law in Support of its Motion to Dismiss, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

MILLARD REFRIGERATED SERVICES, INC.

By:

/s/Lindsay E. Dansdill
Kevin M. Phillips
Lindsay E. Dansdill
Theodore Nicholas Goanos
FISHER KANARIS, P.C.
200 South Wacker Drive
22nd Floor
Chicago, Illinois 60606
312-474-1400
312-474-1410 (Fax)
Email:  kphillips@fisherkanaris.com
   ldansdill@fisherkanaris.com
   ngoanos@fisherkanaris.com

E:\08-1747/Pleadings/Notice of Filing-08-18-08

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, August 18, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following:

Michael T. Smith
440 W. Irving Park Road
Roselle, Illinois 60172


MILLARD REFRIGERATED SERVICES, INC.


By:

/s/Lindsay E. Dansdill
Kevin M. Phillips
Lindsay E. Dansdill
Theodore Nicholas Goanos
FISHER KANARIS, P.C.
200 South Wacker Drive
22nd Floor
Chicago, Illinois 60606
312-474-1400
312-474-1410 (Fax)
Email:  kphillips@fisherkanaris.com
        ldansdill@fisherkanaris.com
        ngoanos@fisherkanaris.com