_____

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **MAXIMO F. WILHELM-MUNOZ**, | ) |
| | )    No. 08 CV 0434 |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Judge Charles P., Kocoras |
| | ) |
| **MILLARD REFRIGERATED SERVICES,INC.,** | ) |
| | ) |
| **Defendant.** | ) |

_____

## NOTICE OF ELECTRONIC FILING

   YOU ARE HEREBY NOTIFIED THAT we have this date filed in the Clerk in the Office of the United States District Court for the Northern District of Illinois, Eastern Division, the following:

 Plaintiff's Response to Defendant Motion to Dismiss

Dated: August 27, 2008

                                  BY:/s/Michael T. Smith
                                       Michael T. Smith

Michael T. Smith
Attorney for Plaintiff
440 W. Irving Park Road
Roselle, IL 60172
(847) 895-0626

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that on August 27 2008, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of this filing of Plaintiff's Response to Defendant's Motion to Dismiss to the following:

Kevin M. Phillips
Lindsay E. Dansdill
Theodore N. Goanos
200 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

                         BY: s/Michael T. Smith
                               Michael T. Smith