IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Maximo F. Wilhelm-Munoz,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) No.: 08 CV 4034 |
| | ) Assigned Judge: Judge Kocoras |
| **Millard Refrigerated Services, Inc.,** | ) |
| | ) Magistrate: Judge Keys |
| Defendant. | ) |

## NOTICE OF MOTION

To:   Michael T. Smith
      440 W. Irving Park Road
      Roselle, IL 60172

   YOU ARE HEREBY NOTIFIED that on **Thursday, September 11, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kocoras, Presiding in Room 1725, in the U.S. District Court located at 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendant Millard Refrigerated Services, Inc.'s Motion to Dismiss, which has been electronically served upon you.

                                        Respectfully submitted,

                                        Millard Refrigerated Services, Inc.

                                        By: /s/ Lindsay E. Dansdill
                                              One of its attorneys

Lindsay E. Dansdill
FISHER KANARIS, P.C.
200 South Wacker Drive
Chicago, Illinois 60606
22nd Floor
(312-474-1400 (Telephone)
312-474-1410 (Fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on Monday, September 2, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following:

Michael T. Smith
440 W. Irving Park Road
Roselle, IL 60172

                Respectfully submitted,

                Millard Refrigerated Services, Inc.

                By: /s/ Lindsay E. Dansdill
                    One of its attorneys

                Lindsay E. Dansdill
                FISHER KANARIS, P.C.
                200 South Wacker Drive
                Chicago, Illinois 60606
                22nd Floor
                (312-474-1400 (Telephone)
                312-474-1410 (Fax)
                ldansdill@fisherkanaris.com