UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Maximo F. Wilhelm–Munoz
                                                                 Plaintiff,

v.                                                                          Case No.: 1:08−cv−04034
                                                                         Honorable Charles P. Kocoras

Millard Refrigerated Services, Inc.
                                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:As defendant's pending motion [10] to dismiss is fully briefed, status and hearing on said motion set for 9/11/2008 is stricken. The Court will rule on defendant's motion to dismiss [10] by mail.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.