IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Maximo F. Wilhelm-Munoz, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 08 CV 4034 |
| Millard Refrigerated Services, Inc., | ) ) ) |
| Defendant. | ) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 3rd day of September, 2008, we filed Defendant Millard Refrigerated Services, Inc.'s Reply to Plaintiff, Maximo F. Wilhelm-Munoz's Opposition to Defendant's Motion to Dismiss, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

MILLARD REFRIGERATED SERVICES, INC.

By:

/s/Lindsay E. Dansdill
Kevin M. Phillips
Lindsay E. Dansdill
Theodore Nicholas Goanos
FISHER KANARIS, P.C.
200 South Wacker Drive
22nd Floor
Chicago, Illinois 60606
312-474-1400
312-474-1410 (Fax)
Email: kphillips@fisherkanaris.com
ldansdill@fisherkanaris.com
ngoanos@fisherkanaris.com

E:\08-1747/Pleadings/Notice of Filing-08-18-08

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, September 3, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system. Notification of such filing will be sent by U.S. Mail to:

Michael T. Smith
440 W. Irving Park Road
Roselle, Illinois 60172

        MILLARD REFRIGERATED SERVICES, INC.

    By:

        /s/Lindsay E. Dansdill
        Kevin M. Phillips
        Lindsay E. Dansdill
        Theodore Nicholas Goanos
        FISHER KANARIS, P.C.
        200 South Wacker Drive
        22nd Floor
        Chicago, Illinois 60606
        312-474-1400
        312-474-1410 (Fax)
        Email: kphillips@fisherkanaris.com
               ldansdill@fisherkanaris.com
               ngoanos@fisherkanaris.com